MOONEYHAM v. STATE.
No. 26218.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted of the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $100.00.

The record contains no notice of appeal, in the absence of which we are without jurisdiction to enter any order except a dismissal of the appeal.

The appeal is dismissed.

Opinion approved by the Court.